IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

CHARLES D. TITUS, )
)
    Plaintiff, )
)
v. ) CV 116-005
)
MS. FNU HAWES, Dentist, and )
MS. FNU SAPP, Nurse Practitioner )
)
    Defendants. )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** Plaintiff's claim for deliberate indifference to his hernia.

SO ORDERED this 17th day of May, 2016, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA